|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| KYREE BREEDLOVE,<br><br>  Plaintiff,<br><br>  v.<br><br>V. FIGUEROA, et al.,<br><br>  Defendants. | No. 1:18-cv-01669-DAD-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 11) |

Plaintiff Kyree Breedlove is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 15, 2019, the assigned magistrate judge screened the complaint and found that plaintiff had stated a cognizable claim for an excessive use of force in violation of the Eighth Amendment against defendant Figueroa but failed to state any cognizable claims against any other defendants. (Doc. No. 9.) Plaintiff was granted leave to file an amended complaint or notify the court of his willingness to proceed only on the claim found to be cognizable within thirty (30) days after service of the screening order. (*Id.* at 4–5.) On May 28, 2019, plaintiff notified the court of his willingness to proceed only on the cognizable claim identified by the magistrate judge in the screening order. (Doc. No. 10.)

1

Consequently, on June 3, 2019, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed on plaintiff's claim for excessive use of force in violation of the Eighth Amendment against defendant Figueroa, and that all other claims and defendants be dismissed. (Doc. No. 11.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 3, 2019 (Doc. No. 11) are adopted in full;
2. This action shall proceed on plaintiff's excessive use of force claim in violation of the Eighth Amendment against defendant Figueroa;
3. All other claims and defendants are dismissed based on plaintiff's failure to state cognizable claims for relief; and
4. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **August 8, 2019**

UNITED STATES DISTRICT JUDGE