**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYREE BREEDLOVE, | ) Case No. 1:18-cv-01669-DAD-BAM (PC) |
| Plaintiff, | ) |
| v. | ) ORDER DISCHARGING WRIT OF HABEAS |
| V. FIGUEROA, | ) CORPUS AD TESTIFICANDUM AS TO INMATE |
| Defendant. | ) KYREE BREEDLOVE, CDCR # BA-4909 |

A settlement conference in this matter commenced on February 4, 2020. Inmate Kyree Breedlove, CDCR # BA-4909, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: February 4, 2020

UNITED STATES MAGISTRATE JUDGE