# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYREE BREEDLOVE,<br><br>           Plaintiff,<br><br>    v.<br><br>FIGUEROA, *et al.*,<br><br>           Defendants. | Case No.  1:18-cv-01669-DAD-BAM (PC)<br><br>ORDER DENYING DEFENDANT'S THIRD MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER AS MOOT<br>(ECF No. 30)<br><br>ORDER DISREGARDING DEFENDANT'S NOTICE OF WITHDRAWAL OF DEFENDANT'S SECOND MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER<br>(ECF No. 31)<br><br>**Discovery Deadline: November 20, 2020**<br>**Dispositive Motion Deadline: January 31, 2021** |

Plaintiff Kyree Breedlove ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Figueroa for excessive force in violation of the Eighth Amendment.

Pursuant to the Court's February 6, 2020 Discovery and Scheduling Order, July 30, 2020 order granting Defendant's motion to modify discovery and scheduling order *nunc pro tunc*, and October 8, 2020 order granting Defendant's second motion to modify discovery and scheduling order, the deadline for completion of all discovery is November 20, 2020, and the deadline for filing dispositive motions, including motions for summary judgment for failure to exhaust

1

administrative remedies, is January 31, 2021.  (ECF Nos. 25, 27, 29.)

Currently before the Court is Defendant's motion to modify discovery and scheduling order *nunc pro tunc*, effectively Defendant's third motion to modify the discovery and scheduling order, filed October 16, 2020.  (ECF No. 30.)  Defendant has also filed a notice of withdrawal of Defendant's October 6, 2020 second motion to modify the discovery and scheduling order, (ECF No. 28).  (ECF No. 31.)  Although Plaintiff has not had an opportunity to respond to the motion, the Court finds a response unnecessary and the motion is deemed submitted.  Local Rule 230(l).

Defendant's renewed motion and notice of withdrawal of the October 6, 2020 motion, are premised on the assertion that the Court has not yet issued a ruling on the October 6, 2020 motion to modify the discovery and dispositive deadlines in this action.  This is incorrect.  The Court granted the October 6, 2020 motion on October 8, 2020.  (ECF No. 29.)  Notice was electronically mailed to defense counsel the same date.

As Defendant is seeking extensions of the discovery and dispositive deadlines that are identical to those already granted, the Court denies the third motion to modify the discovery and scheduling order as moot.  Further, Defendant's notice of withdrawal of the October 6, 2020 motion is disregarded, as the motion has already been resolved.  Counsel is cautioned to avoid filing such duplicative motions in the future.

Based on the foregoing, IT IS HEREBY ORDERED as follows:

1. Defendant's third motion to modify the discovery and scheduling order, (ECF No. 30), is DENIED as moot;
2. Defendant's notice of withdrawal of Defendant's motion to modify discovery and scheduling order, (ECF No. 31), is DISREGARDED;
3. Pursuant to the Court's October 8, 2020 order granting Defendant's second motion to modify the discovery and scheduling order;
    a. The deadline for completion of all discovery remains **November 20, 2020**; and
    b. The deadline for filing all dispositive motions, including motions for summary judgment for failure to exhaust administrative remedies, remains **January 31, 2021**; and

4. All other deadlines and requirements set in the Court's February 6, 2020 Discovery and Scheduling Order remain in effect.

IT IS SO ORDERED.

Dated:   **October 19, 2020**          /s/ Barbara A. McAuliffe           _
                                        UNITED STATES MAGISTRATE JUDGE