# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYREE BREEDLOVE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FIGUEROA, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01669-DAD-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 39)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Kyree Breedlove ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Figueroa for excessive force in violation of the Eighth Amendment.

On April 30, 2021, Defendant filed a motion for summary judgment on the grounds that (1) Plaintiff failed to exhaust his administrative remedies as to his Eighth Amendment claim; and (2) Plaintiff's Eighth Amendment claim against Defendant Figueroa is barred by the favorable termination rule. (ECF No. 37.) Plaintiff's opposition was therefore due on or before May 24, 2021.

Currently before the Court is Plaintiff's motion seeking an extension of time or modification of the scheduling order, dated May 21, 2021 and filed June 7, 2021. (ECF No. 39.) Plaintiff states that due to a lockdown he has not been able to properly go to the law library to research the log information for or around September 13, 2018 to see if Plaintiff was there at the

1

law library to make copies of the 602 in question.  Plaintiff also wrote to the Defendant and offered a settlement statement and is awaiting a response from defense counsel.  (*Id.*)  Defendant has not yet had an opportunity to file a response, but the Court finds a response is unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

Having considered the moving papers, the Court finds good cause to grant the requested extension.  Fed. R. Civ. P. 6(b).  As Plaintiff has not requested a specific extension of time, the Court finds an extension of thirty days is appropriate.  The Court further finds that Defendant will not be prejudiced by the brief extension granted here.

Accordingly, Plaintiff's motion for extension of time, (ECF No. 39), is HEREBY GRANTED.  Plaintiff's opposition to Defendant's motion for summary judgment is due within **thirty (30) days** from the date of service of this order.  Defendants' reply, if any, is due no more than **seven (7) days** following the docketing of Plaintiff's opposition.

IT IS SO ORDERED.

Dated: **June 8, 2021**                    /s/ *Barbara A. McAuliffe*  
                                                                           UNITED STATES MAGISTRATE JUDGE