# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYREE BREEDLOVE,<br><br>        Plaintiff,<br><br>   v.<br><br>FIGUEROA, *et al.*,<br><br>        Defendants. | Case No. 1:18-cv-01669-DAD-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 40)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

      Plaintiff Kyree Breedlove ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Figueroa for excessive force in violation of the Eighth Amendment.

      On April 30, 2021, Defendant filed a motion for summary judgment on the grounds that (1) Plaintiff failed to exhaust his administrative remedies as to his Eighth Amendment claim; and (2) Plaintiff's Eighth Amendment claim against Defendant Figueroa is barred by the favorable termination rule. (ECF No. 37.) In the motion, Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. *Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012); *Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir. 1988); *Klingele v. Eikenberry*, 849 F.2d 409, 411–12 (9th Cir. 1988). (ECF No. 37-1.)

///

On June 8, 2021, the Court granted Plaintiff's motion for an extension of time to file his opposition to the summary judgment motion. (ECF No. 40.) Pursuant to that order and Federal Rule of Civil Procedure 6(d), Plaintiff's opposition or statement of non-opposition was due on or before July 12, 2021. The deadline for Plaintiff to respond to Defendant's motion for summary judgment has expired, and Plaintiff has not otherwise been in contact with the Court. Plaintiff will be permitted one final opportunity to show cause why this action should not be dismissed with prejudice.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within **twenty-one (21) days** of service of this order why this action should not be dismissed, with prejudice, for failure to prosecute. Plaintiff may comply with the Court's order by filing an opposition or statement of non-opposition to Defendant's April 30, 2021 motion for summary judgment. **Plaintiff is warned that if he fails to comply with the Court's order, this matter will be dismissed, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

Dated: **August 2, 2021**        /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE