1
2
3
4
# UNITED STATES DISTRICT COURT
5
### EASTERN DISTRICT OF CALIFORNIA
6

7   KYREE BREEDLOVE,

8              Plaintiff,

9       v.

10   FIGUEROA, *et al.*,

11              Defendants.

Case No.  1:18-cv-01669-NODJ-BAM (PC)

ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

(ECF No. 61)

12

13       Plaintiff Kyree Breedlove ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

14   *pauperis* in this civil rights action under 42 U.S.C. § 1983.

15       Currently before the Court is a stipulation for voluntary dismissal of this action with

16   prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel.

17   (ECF No. 61.)  The stipulation is signed and dated by Plaintiff and counsel for Defendant, and

18   indicates that each party shall bear its own litigation costs and attorney's fees.

19       Accordingly, this action is terminated by operation of law without further order from the

20   Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate all pending

21   motions and deadlines, assign a District Judge for the purposes of closing this case, and to close

22   this case.

23

24   IT IS SO ORDERED.

25       Dated:  __January 9, 2024__          ___/s/ *Barbara A. McAuliffe*___

26                                         UNITED STATES MAGISTRATE JUDGE

27

28

1